# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**OMAR M. NEGRON SANTIAGO**<br>DEBTORS | CASE NUM.: 11-02531 SEK<br><br>CHAPTER 13 (ASSET CASE) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 5/11/2011.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 11th, day of May 2011.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE: **NEGRON SANTIAGO, OMAR M.**
Debtor(s)

Case No. **11-02531-SEK**
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **5/11/2011**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **60** = $ **18,000.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **18,000.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
___
☐ Other:
___

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **18,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,745.00**

Signed: **/s/ OMAR M. NEGRON SANTIAGO**
Debtor

Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**
Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: **AEELA**
5. ☐ Other: ___
6. ☐ Debtor otherwise maintains regular payments directly to: ___

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: ___
☑ Paid 100% / ☐ Other: ___
Cr. **COOP A/C DE EMPL** Cr. ___ Cr. ___
# **4475** # ___ # ___
$ **12,565.90** $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

IN RE NEGRON SANTIAGO, OMAR M.  Case No. **11-02531-SEK**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.**

**FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).**

**TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.**

**DEBTOR MAINTAINS REGULAR DSO PAYMENTS DIRECTLY TO ARLEEN TORRES RODRIGUEZ.**

**THE COURT IS TO RETAIN JURISDICTION OVER PENDING SUIT AGAINST STATE INSURANCE FUND. ANY NON EXCEPT PROCEEDS RECEIVED BY DEBTOR FROM SAID LAW SUIT, WILL BE PAID INTO THE PLAN AND THE PLANS BASE WILL BE DEEMED AMENDED AUTOMATICALLY WIOUTH THE NEED OF ANY FURTHER NOTICE.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CHAPTER 13 PAYMENT PLAN

I **HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-02531-SEK13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor OMAR NEGRON SANTIAGO
valdeslaw@prtc.net

I **HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**10-02531-SEK13 Notice will not be electronically mailed to:**

ADMINISTRACION DE SISTEMAS DE
RETIRO
DE LOS EMPLEADOS DEL GOBIERNO Y
JUDICATU
PO BOX 42003
SAN JUAN, PR 00940-2203

AEELA
PO BOX 364508
SAN JUAN, PR 00936-4508

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR 00936-6818

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN, PR 00936

CITIFIANCIAL RETAIL SERVICES DE PR
PO BOX 71328
SAN JUAN, PR 00936-8428

COOP A/C DE EMPLEADOS DE CFSE
MINILLAS STATION
APARTADO 42006
SAN JUAN, PR 00940-2006

CORPORACION DEL FONDO DEL SEGURO
PO BOX 365028
SAN JUAN, PR 00936-5028

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR 00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FIA CARD SERVICES
PO BOX 15026
WILMINGTON, DE 19850-5026

FIRSTBANK
PO BOX 9146
SAN JUAN, PR 00908-0146

GE MONEY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

WESTERN BANK
PO BOX 1180
MAYAGUEZ, PR 00681